# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

G.M. Sign Inc

                      Plaintiff,

v.                                                  Case No.: 1:12–cv–03149
                                                         Honorable Edmond E. Chang

Plastic–Mach Corp, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 18, 2012:

       MINUTE entry before Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal with prejudice, under Rule 41(a)(1)(A)(i), the case is dismissed with prejudice. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.